## In re KOREAN AIR LINES DISASTER OF SEPTEMBER 1, 1983.

### No. 565.

Judicial Panel on Multidistrict Litigation.

Nov. 16, 1983.

Before ANDREW A. CAFFREY, Chairman, ROBERT H. SCHNACKE, FRED DAUGHERTY, SAM C. POINTER, JR., S. HUGH DILLIN, MILTON POLLACK,* and LOUIS H. POLLAK, Judges of the Panel.

## TRANSFER ORDER

PER CURIAM.

This litigation consists of 42 actions pending in eight districts as follows:

| | |
|---|---|
| Southern District of New York | 15 |
| District of the District of Columbia | 8 |
| Northern District of California | 7 |
| Eastern District of New York | 6 |
| Eastern District of Michigan | 3 |
| Northern District of Illinois | 1 |
| District of Massachusetts | 1 |
| District of New Jersey | 1 |

Presently before the Panel are one motion and two cross-motions, pursuant to 28 U.S.C. § 1407, to centralize actions in this litigation in a single district for coordinated or consolidated pretrial proceedings. Defendant Korean Air Lines Co., Ltd. (KAL) has moved to centralize actions in the District of the District of Columbia. Defendant The Boeing Company (Boeing) has submitted a cross-motion seeking to centralize actions in the Western District of Washington. Plaintiffs in eleven actions have submitted a cross-motion seeking to centralize actions in either the Southern District of New York or the Eastern District of New York.[1] In addition to movant KAL, plaintiffs in twelve actions and defendant the United States favor transfer to the District of the District of Columbia. In addition to cross-movant plaintiffs, plaintiffs in two actions favor transfer to either the Southern District of New York or the Eastern District of New York; defendant Litton Industries, Inc. and plaintiffs in seven actions favor transfer to the Southern District of New York. Plaintiff in one California action favors transfer to the

Northern District of California. No responding party has opposed centralization.

On the basis of the papers filed and the hearing held, the Panel finds that these 42 actions involve common questions of fact and that centralization under 28 U.S.C. § 1407 in the District of the District of Columbia will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The actions share numerous factual questions concerning the circumstances of the air disaster involving KAL Flight 007 on September 1, 1983. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

None of the five forums suggested by the parties as potential transferee districts could be characterized as the nexus of this litigation involving an overseas air disaster. On balance, however, we are persuaded that the District of the District of Columbia is the appropriate transferee forum. Several governmental agencies located in or near the District of Columbia will likely be principal targets of discovery in these actions. Moreover, this air disaster and the resultant litigation implicate sensitive areas of national policy, international relations and military intelligence. These considerations, we find, favor selection of the District of the District of Columbia as the transferee court. *See In re Air Crash Disaster near Saigon, South Vietnam, on April 4, 1975*, 404 F.Supp. 478, 480 (Jud. Pan.Mult.Lit.1975).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the following Schedule A and pending in districts other than the District of the District of Columbia be, and the same hereby are, transferred to the District of the District of Columbia and, with

---

* Judge Milton Pollack took no part in the decision of this matter.

1. The Panel has been advised of the pendency of several recently filed related actions. These actions will be treated as potential tag-along actions. *See* Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278–80 (1981).

the consent of that court, assigned to the Honorable Aubrey E. Robinson, Jr. for co-ordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

## SCHEDULE A

### District of the District of Columbia

*Fred Wyler v. Korean Air Lines, Inc., et al.*, C.A. No. CA 83–2792

*Philomina Dooley v. Korean Air Lines, Inc., et al.*, C.A. No. CA 83–2793

*Robert Ho v. Korean Air Lines, Inc., et al.*, C.A. No. CA 83–2794

*Olga Hjalmarsson, etc. v. Korean Air Lines, Inc., et al.*, C.A. No. 83–2940

*Edward Ocampo, etc. v. Korean Air Lines, et al.*, C.A. No. 83–2941

*Ho Yan Chee, etc. v. Korean Air Lines Co., Ltd., et al.*, C.A. No. 83–3007

*Maureen M. Lombard v. Korean Airlines Co., Ltd., et al.*, C.A. No. 83–Civ–3154

*David Eustace Powrie v. Korean Air Lines Co., Ltd.*, C.A. No. 83–Civ–3177

### Northern District of California

*Michael Kole, et al. v. Korean Air Lines, et al.*, C.A. No. C–83–4038

*Pataban Ariyadej v. Korean Air Lines, et al.*, C.A. No. C–83–4379

*Maria Beirn v. Korean Air Lines, et al.*, C.A. No. C–83–4380

*Thomas L. Mahalek v. Korean Air Lines, et al.*, C.A. No. C–83–4381

*Joseph Munder, et al. v. Korean Air Lines, et al.*, C.A. No. C–83–4382

*Michael Kole, etc. v. Korean Air Lines, et al.*, C.A. No. C–83–4049–

*Marie Lombard Gill, et al. v. Korean Air Lines, Inc., et al.*, C.A. No. C83–5185

### Southern District of New York

*Betty B.S. Lim, etc. v. Korean Air Lines, Inc., et al.*, C.A. No. 83–CIV–6977

*Maureen E. Oren, etc. v. Korean Air Lines, et al.*, C.A. No. 83–CIV–7003

*David Wu Dunn, etc. v. Korean Air Lines, et al.*, C.A. No. 83 Civ 7231

*Renay Lynne Bevins, etc. v. Korean Air Lines, et al.*, C.A. No. 83 Civ 7232

*Jose A. Bolante, etc. v. Korean Air Lines, et al.*, C.A. No. 83–Civ–7683

*Robert Caltabellatta, Sr., etc. v. Korean Air Lines, et al.*, C.A. No. 83–Civ–7717

*Sungwha Oh Yoo, etc. v. Korean Air Lines, et al.*, C.A. No. 83–Civ–7681

*Jose A. Bolanta, etc. v. Korean Air Lines, et al.*, C.A. No. 83–Civ–7682

*JWA Hong, etc. v. Korean Air Lines, et al.*, C.A. No. 83–Civ–7875

*Christina Ting, etc. v. Korean Air Lines, Inc., et al.*, C.A. No. 83 Civ 7894

*Barbara Swift, etc. v. Korean Air Lines, Inc., et al.*, C.A. No. 83 Civ 7899

*Kyung Hwa Park, etc. v. Korean Air Lines, Inc., et al.*, C.A. No. 83 Civ. 7900

*Hee Sook Lee, etc. v. Korean Air Lines, Inc., et al.*, C.A. No. 83 Civ 7901

*Ul Ran Lim, etc. v. Korean Air Lines, Inc., et al.*, C.A. No. 83 Civ 7902

*Eun Jung Oh, etc. v. Korean Air Lines, Inc., et al.*, C.A. No. 83 Civ 7903

### Eastern District of New York

*Hans Ephraimson-Abt v. Korean Air Lines, Inc., et al.*, C.A. No. 83–3890

*Jeung Em Yun, etc. v. Korean Air Lines, et al.*, C.A. No. 83 C 4492

*Elisa E. Chan, etc. v. Korean Air Lines, et al.*, C.A. No. 83–Civ–4641

*Elisa E. Chan, etc. v. Korean Air Lines, et al.*, C.A. No. 83–Civ–4642

*Maria Beirn, etc. v. Korean Air Lines Inc., etc., et al.*, C.A. No. 83–CV–4624

*Robert Speir, etc. v. Korean Air Lines Inc., etc., et al.*, C.A. No. 83–CV–4626

### Eastern District of Michigan

*James L. Chambers, et al. v. Korean Air Lines, Inc.*, C.A. No. 83CV–3846

*Michael D. Jones v. Korean Air Lines, et al.*, C.A. No. 83CV–3777

*Valerie Faye Swift, etc. v. Korean Air Lines, Inc.,* C.A. No. 83–CV–3960

### Northern District of Illinois

*Cecille Albert Chuapoco, etc. v. Korean Air Lines Co., Ltd., et al.,* C.A. No. 83–7078

### District of Massachusetts

*Alice F. Simmons, Adm. v. Korean Air Lines, et al.,* C.A. No. 83–2727

### District of New Jersey

*Felino Bayona, Adm. v. Korean Air Lines, et al.,* C.A. No. 83–3613